**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 38 MAL 2022

          Respondent              :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

          v.                     :

                             :

KEVIN MARK HAGENS,            :

                           :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.